

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    Umuoji Improvement Union (North America), Inc., a Nebraska corporation v. Umuoji Improvement Union (North America), Inc., Massachusetts Corporation

Appellate case number:    01-20-00732-CV

Trial court case number:    19-DCV-258782

Trial court:            268th District Court of Fort Bend County

The Court issued an order on March 8, 2022, abating the appeal. We **lift** the abatement and **reinstate** the appeal on the active docket.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                ☑ Acting individually    ☐ Acting for the Court

Date: ___August 2, 2022_____